Certificate Number: 14912-PAW-DE-032530802

Bankruptcy Case Number: 19-21161



14912-PAW-DE-032530802

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 31, 2019, at 8:03 o'clock PM EDT, Daneen Cline completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 31, 2019              By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor