**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Daneen M. Cline** | Social Security number or ITIN  **xxx–xx–4735** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19–21161–JAD**

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daneen M. Cline
aka Daneen M. Flack

<u>7/31/19</u>                                                          **By the court:**  <u>Jeffery A. Deller</u>
                                                                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                     Case No. 19-21161-JAD
Daneen M. Cline                                                            Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2            User: admin                    Page 1 of 2          Date Rcvd: Jul 31, 2019
                                Form ID: 318                   Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
db             +Daneen M. Cline,    3891 Wiesterown Rd.,    Export, PA 15632-9365
15018239       +AES,   PO Box 61047,    Harrisburg, PA 17106-1047
15018240        Allegheny County Treasurer,    108 Courthouse,    Pittsburgh, PA 15219
15018245       +Citimortgage Inc.,    PO Box 10002,   Hagerstown, MD 21747-0002
15018249       +Express Billng,    Attn # 7964C,   PO Box 14000,   Belfast, ME 04915-4033
15018251       +Jordan Tax Service,    Borough of Crafton,    PO Box 645122,   Pittsburgh, PA 15264-5122
15018252       +Melissa Cline,    3891 Wiesterown Rd.,    Export, PA 15632-9365
15018254       +Penn Credit,    PO Box 69703,   Harrisburg, PA 17106-9703
15018255       +Peoples Natural Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
15018258       +Specilized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
15018260       +Turtle Creek Valley COG,    PO Box 778,    Monroeville, PA 15146-0778
15057272       +Turtle Creek Valley COG,    c/o Borough of Turtle Creek,    125 Monroeville Ave.,
                 Turtle Creek, PA 15145-1898

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2019 03:25:09      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
15045450        EDI: PHINAMERI.COM Aug 01 2019 07:08:00     Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,   Arlington, TX 76096
15018241       +EDI: GMACFS.COM Aug 01 2019 07:08:00     Ally Financial,   PO Box 380901,
                 Minneapolis, MN 55438-0901
15018242       +EDI: PHINAMERI.COM Aug 01 2019 07:08:00      Americredit/GM Financial,   PO Box 181145,
                 Arlington, TX 76096-1145
15018244       +EDI: CCS.COM Aug 01 2019 07:08:00     CCS,   Payment Processing Center,   PO Box 55126,
                 Boston, MA 02205-5126
15018243       +EDI: CAPITALONE.COM Aug 01 2019 07:08:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
15018246       +EDI: WFNNB.COM Aug 01 2019 07:08:00     ComenityBank/MyPlace,    PO Box 182120,
                 Columbus, OH 43218-2120
15018247       +E-mail/Text: bdsupport@creditmanagementcompany.com Aug 01 2019 03:26:07
                 Credit Management Co.,    2121 Noblestown Rd.,   Pittsburgh, PA 15205-3956
15018248       +E-mail/Text: bknotice@ercbpo.com Aug 01 2019 03:25:49      ERC,   PO Box 57547,
                 Jacksonville, FL 32241-7547
15018250        EDI: JEFFERSONCAP.COM Aug 01 2019 07:08:00      Jefferson Capital Syst.,   16 McLeland Rd.,
                 Saint Cloud, MN 56303
15018253       +EDI: CBS7AVE Aug 01 2019 07:08:00     Montgomery Ward,    3650 Milwaukee St.,
                 Madison, WI 53714-2304
15018256        EDI: PRA.COM Aug 01 2019 07:08:00     Portfolio Recovery,    120 Corporate Blvd.,   Suite 100,
                 Norfolk, VA 23502
15018257       +E-mail/Text: jennifer.chacon@spservicing.com Aug 01 2019 03:26:43
                 Select Portfolio Servicing,    PO Box 65250,   Salt Lake City, UT 84165-0250
15018259       +E-mail/Text: bankruptcydepartment@tsico.com Aug 01 2019 03:26:18      Transworld Systems Inc.,
                 PO Box 15273,    Wilmington, DE 19850-5273
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank Trust National Association, as Trustee f
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: admin                Page 2 of 2              Date Rcvd: Jul 31, 2019
                               Form ID: 318               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              Douglas G. Hipp    on behalf of Debtor Daneen M. Cline twohipp4u@hotmail.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2018-PM10 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 4
```