**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Daneen M. Cline aka Daneen M. Flack
                              Debtor(s)

U.S. Bank Trust National Association, as Trustee for
Towd Point Master Funding Trust 2018-PM10,
its successors and/or assigns
                              Movant
                    v.
Daneen M. Cline aka Daneen M. Flack
                              Respondent(s)
                    and
Charles O. Zebley, Jr. Esq., Trustee
                              Additional Respondent

BK. NO. 19-21161 JAD

CHAPTER 7
Related to Docket #___21_____

**DEFAULT O/E JAD**

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 13th day of   August   , 2019, upon Motion of U.S. Bank Trust National
Association, as Trustee for Towd Point Master Funding Trust 2018-PM10, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the
Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is
granted and modified with respect to the subject premises located at 340 George Street, Turtle Creek, PA
15145 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies
under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited
to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives
including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any
purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement
of its right to possession of the Property.

_____
United States Bankruptcy Judge
Jeffery A. Deller

FILED
8/13/19 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Daneen M. Cline aka Daneen M. Flack
3891 Wiestertown Road
Export, PA 15632

Douglas G. Hipp Esq.
Hipp/Kaiser-Hipp
1142 Broadview Blvd.
Brackenridge, PA 15014
twohipp4u@hotmail.com

Charles O. Zebley, Jr. Esq.
P.O. Box 2124 (VIA ECF)
Uniontown, PA 15401
coz@zeblaw.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-21161-JAD
Daneen M. Cline                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil           Page 1 of 1           Date Rcvd: Aug 13, 2019
                              Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db               +Daneen M. Cline,    3891 Wiestertown Rd.,    Export, PA 15632-9365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
          Charles O. Zebley, Jr.   COZ@Zeblaw.com,  PA67@ecfcbis.com;Lyndie@Zeblaw.com
          Douglas G. Hipp   on behalf of Debtor Daneen M. Cline twohipp4u@hotmail.com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee for
           Towd Point Master Funding Trust 2018-PM10 bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
                                                                              TOTAL: 4